**Order entered June 10, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01495-CV

### IN THE MATTER OF THE GUARDIANSHIP OF DORIS L. TIPPS

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-3072-3**

## ORDER

We **GRANT** appellant's June 8, 2015 second motion for extension of time to file combined reply brief and **ORDER** the brief be filed no later than July 8, 2015.

/s/    CRAIG STODDART
       JUSTICE